# United States District Court
# Central District of California

| | |
|---|---|
| GLADIS KAJIRIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNION SECURITY INSURANCE COMPANY; JAFRA COSMETICS INTERNATIONAL, INC. LONG TERM DISABILITY PLAN; and DOES 1–10, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-7240-ODW(JPRx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by June 13, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 12, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**